JS-6

2  STEVEN L. DERBY, Esq. (SBN 148372)
   DERBY, McGUINNESS & GOLDSMITH, LLP
3  1999 Harrison Street, Suite 1800
   Oakland, CA  94612
4  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
5  Email: info@dmglawfirm.com

6  ANTHONY GOLDSMITH, Esq. (SBN 125621)
   DERBY, McGUINNESS & GOLDSMITH, LLP
7  21550 Oxnard Street, Suite 300
   Woodland Hills, CA  91367
8  Telephone: (818) 213-2762
   Facsimile: (510) 359-4419
9  Email: info@dmglawfirm.com

10 Attorneys for Plaintiff
   CYNTHIA GSTETTENBAUER
11
   LINDA MILLER SAVITT, SBN 94164
12 lsavitt@brgslaw.com
   LINDA B. HUREVITZ, SBN 127337
13 lhurevitz@brgslaw.com
   BALLARD ROSENBERG GOLPER & SAVITT, LLP
14 15760 Ventura Boulevard, Eighteenth Floor
   Encino, California 91436
15 Telephone:  (818) 508-3700
   Facsimile:   (818) 506-4827
16
   Attorneys for Defendant
17 WANKEL WAY ASSOCIATES, LLC

18
                    UNITED STATES DISTRICT COURT
19                  CENTRAL DISTRICT OF CALIFORNIA
20

21 | CYNTHIA GSTETTENBAUER,           | CASE NO. 2:20-cv-02577-RGK-GJSx |
22 |   Plaintiff,                     | Civil Rights                    |
23 | v.                               | [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |
24 | WANKEL WAY ASSOCIATES, LLC. and DOES 1 through 10, Inclusive. | |
26 |   Defendants.                    | |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause shown, the Court hereby dismisses this case with prejudice with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: April 5, 2021

_____
R. Gary Klausner
United States District Judge